**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**George P. SMITH, Defendant–**
**Appellant.**

No. 12–8049.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 26, 2013.

Decided: March 1, 2013.

George P. Smith, Appellant Pro Se. Erik Sean Siebert, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George P. Smith appeals the district court's order denying his motion to reconsider the district court's previous order denying Smith's 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Smith,* No. 3:00–cr–00343–JRS–1 (E.D.Va. Nov. 8, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*